LOUISE SWEET, *Appellant, v.* ANDREW C. WARREN, *as Administrator, etc., Respondent.*— Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

THE ANSONIA CLOCK COMPANY, *Appellant, v.* JOHN W. METCALF, *Respondent.*— Order vacating order of arrest reversed, with costs. Opinion by GILBERT, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EDWARD FITZSIMMONS *v.* JAMES JOURDAN, *as Police Commissioner of the City of Brooklyn.*— Order dismissing relator reversed, with costs. Opinion by BARNARD, P. J.

MARY J. BADGER, *Appellant, v.* ALFRED C. BADGER and others, *Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

GEORGE L. WELLS, *Appellant, v.* RICHARD H. BENJAMIN, *Respondent* — Judgment of County Court affirmed, with costs. Opinion by BARNARD, P. J.

JAMES M. QUINBY and others, *Respondents, v.* JOSEPH H. STRAUSS, *Appellant, Impleaded, etc.*— Judgment and order denying new trial, affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., dissenting.

CLINTON RAYNOR, *Respondent, v.* HARRISON GORDON, *Appellant, Impleaded, etc.* — Order overruling demurrer to complaint, and judgment thereon, affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

EDWARD J. WOOLSEY, *Respondent, v.* JOHN R. MORRIS and WILLIAM H. MORRIS, *Appellants.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.

JOHN CLARE, *Respondent, v.* THE BROOKLYN CITY RAILROAD COMPANY, *Appellants.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by DYKMAN, J.

MARGARET NEELY, *Respondent, v.* ALLEN TAYLOR, *Appellant.*— Judgment reversed and new trial granted, costs to abide event. Order denying new trial upon the ground of newly discovered evidence reversed. Opinion by BARNARD, P. J.

FRANK CROOKE, *Appellant, v.* FRANCIS ANDERSON, *Respondent.* — Judgment and order denying motion to set aside verdict and denying new trial affirmed, with costs. Opinion by BARNARD, P. J

JOHN F. SCHLOSSER, *as Receiver, etc., Respondent, v.* EMIL STERN and FREDERICK LEWIS, *Appellants.* — Judgment reversed and new trial granted, costs to abide event. · Opinion by GILBERT, J.

MARY E. BERNER, *Respondent, v.* HUGH J. JEWETT, *as Recciver of the Erie Railway Company, Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

EMILY P. WOOLSEY, *Appellant, v.* LONG ISLAND CITY and others. — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P.,J., not sitting.